FLORENCE FERRO, an Infant, by Her Guardian ad Litem, JERRY FERRO, and JERRY FERRO, Appellants, v. STEEPLECHASE AMUSEMENT CO., INC., Respondent.— Order granting defendant's motion for a bill of particulars modified by disallowing items V, VI, VII, VIII, IX and X. As so modified, the order, in so far as appealed from, is affirmed, without costs. Plaintiffs are not required to disclose evidentiary facts under the guise of a bill of particulars. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

HOTHORN NURSERIES, INC., Respondent, v. RAYMOND N. FELTER, Appellant.— Order granting plaintiff's motion for production and discovery affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.

MARVIN MANOR DEVELOPMENT CORPORATION, Appellant, v. BARNETT MEYER, Respondent.— Order granting defendant's motion to open default in pleading and to vacate judgment, and also granting defendant's motion to require plaintiff to accept service of answer, affirmed, with ten dollars costs and disbursements, answer to be served within five days from service of a copy of the order herein. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

MARY MASARSKY, Respondent, v. HARRY GERMANSKY and YETTA GERMANSKY, Appellants, and ABRAM RISKIN, Respondent.— Appeal from order denying motion for reargument dismissed, without costs. Order denying motion for a bill of particulars reversed upon the law and the facts, without costs, and motion granted, without costs, to the extent of directing that plaintiff furnish defendants Germansky particulars of the unmarketability of defendants' title as claimed by her. We are of opinion that defendants are entitled to the relief to the extent hereby granted. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

CHARLES L. MECKENBERG, as Trustee in Bankruptcy of the Estate of SAM SCHEINBLUM BUILDING CORPORATION, Bankrupt, Appellant, v. FANNIE SCHEINBLUM and SAMUEL SCHEINBLUM, Respondents, and MANUFACTURERS TRUST COMPANY and BAY RIDGE SAVINGS BANK, Defendants.— Order granting motion of defendants Scheinblum for leave to serve amended answers affirmed, with ten dollars costs and disbursements; amended answers to be served within five days from service of a copy of the order herein. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.